# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**CHARLES MARTIN,**

    Petitioner,

                                         **CASE NO.  3:08-cv-338**

**-vs-**

                                         District Judge Timothy S. Black
                                         Magistrate Judge Sharon L. Ovington

**WARDEN, Mansfield Correctional Institution,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

      **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED THAT** the Reports and Recommendations (Doc # 14) is **ADOPTED** in full; the Petition for Writ of Habeas Corpus (Doc 11) is **DENIED** and **DISMISSED**; Martin is **DENIED** leave to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and is **DENIED** a certificate of appealability under 28 U.S.C. §2253(c); and the case is **TERMINATED** on the docket of this Court.

Date:   July 7, 2011                             **JAMES BONINI, CLERK**

                                            By: s/ M. Rogers
                                            Deputy Clerk